1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONOVAN L. HALEY,                          No.  2:15-cv-0091 CKD P (TEMP)

12              Plaintiff,

13         v.                                    ORDER

14    ROBERT L. DAVIS, et al,

15              Defendants.

16

17         Plaintiff initiated this case as a state prisoner proceeding pro se with an action under 42

18    U.S.C. § 1983. He has consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

19         A recent court order was served on plaintiff's address of record and returned by the postal

20    service.  It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that

21    a party appearing in propria persona inform the court of any address change. More than sixty-

22    three days have passed since the postal service returned the court order, and plaintiff has failed to

23    notify the court of a current address.

24         Accordingly, IT IS ORDERED that:

25         1.  This action is dismissed without prejudice for plaintiff's failure to keep the court

26    apprised of his current address.  See Local Rule 183(b); Federal Rule of Civil Procedure 41(b).

27    ////

28    ////

1

1          2.   This case be closed.

2   Dated:  December 11, 2015

3   _____
    CAROLYN K. DELANEY
4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

    hm
10  hale0091.33a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28